

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:19-CR-213 |
| v. | **SUPERSEDING INDICTMENT** |
| JOSHUA SCOTT HENDRICKSON, | T. 18 U.S.C. § 2 |
| SAM HANSEN, | T. 18 U.S.C. § 922(g)(3) |
| COTY ALLEN ORR, | T. 18 U.S.C. § 924(a)(2) |
| CHRISTIAN SHAMIR SARRAFF, | T. 18 U.S.C. § 924(d) |
| MUZAMMIL ALI, and | T. 18 U.S.C. § 1956(a)(1)(B)(i) |
| COURTNEY PHILLIP KNIGHT, | T. 21 U.S.C. § 841(a)(1) |
| Defendants. | T. 21 U.S.C. § 841(b)(1)(C) |
| | T. 21 U.S.C. § 841(b)(1)(D) |
| | T. 21 U.S.C. § 846 |
| | T. 21 U.S.C. § 853 |
| | T. 28 U.S.C. § 2461(c) |
| | T. 31 U.S.C. § 5317(c) |
| | T. 31 U.S.C. § 5324(a)(1) |
| | T. 31 U.S.C. § 5324(a)(3) |
| | T. 31 U.S.C. § 5324(d) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but at least as early as December 2018, and continuing until on or about July 31, 2019, in the Southern District of Iowa and elsewhere, the defendants, JOSHUA SCOTT HENDRICKSON, SAM HANSEN, COTY ALLEN ORR, CHRISTIAN SHAMIR SARRAFF, MUZAMMIL ALI, and COURTNEY PHILLIP KNIGHT, conspired, with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely tetrahydrocannabinol

1

(THC), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about May 23, 2019, in the Southern District of Iowa, the defendant, COURTNEY PHILLIP KNIGHT, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States, Code Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Attempted Possession with Intent to Distribute Controlled Substances)**

On or about June 26, 2019, in the Southern District of Iowa, the defendant, CHRISTIAN SHAMIR SARRAFF, knowingly and intentionally attempted to possess with the intent to distribute controlled substances, namely cocaine, a Schedule II controlled substance and 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Money Laundering – Concealment)

On or about July 7, 2019, in the Southern District of Iowa and elsewhere, the Defendant, SAM HANSEN, did knowingly conduct a financial transaction affecting interstate commerce, to wit, placing $6,300.00 in United States currency into slot machines with limited slot machine play and then receiving United States currency from Prairie Meadows Casino in Altoona, Iowa, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that said transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of said proceeds, and knowing that the property involved in said financial transaction represented the proceeds of some form of unlawful activity.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Money Laundering – Concealment)

On or about July 13, 2019, in the Southern District of Iowa and elsewhere, the Defendants, SAM HANSEN and COTY ALLEN ORR, did knowingly conduct a financial transaction affecting interstate commerce, to wit, placing $5,700.00 in United States currency into slot machines with limited slot machine play and then receiving United States currency from Prairie Meadows Casino in Altoona, Iowa, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that said transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of said proceeds, and knowing that the property involved in said financial transaction represented the proceeds of some form of unlawful activity.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Money Laundering – Concealment)

On or about July 19, 2019, in the Southern District of Iowa and elsewhere, the Defendant, SAM HANSEN, did knowingly conduct a financial transaction affecting interstate commerce, to wit placing $14,600.00 in United States currency into slot machines with no slot machine play and then receiving United States currency from Prairie Meadows Casino in Altoona, Iowa, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that said transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of said proceeds, and knowing that the property involved in said financial transaction represented the proceeds of some form of unlawful activity.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Money Laundering – Concealment)

On or about July 24, 2019, in the Southern District of Iowa and elsewhere, the Defendant, SAM HANSEN, did knowingly conduct a financial transaction affecting interstate commerce, to wit placing $21,680.00 in United States currency into slot machines with no slot machine play and then receiving United States currency from Prairie Meadows Casino in Altoona, Iowa, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that said transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of said proceeds, and knowing that the property involved in said financial transaction represented the proceeds of some form of unlawful activity.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (Money Laundering – Concealment)

On or about July 30, 2019, in the Southern District of Iowa and elsewhere, the Defendant, SAM HANSEN, did knowingly conduct a financial transaction affecting interstate commerce, to wit placing $14,500.00 in United States currency into slot machines with no slot machine play and then receiving United States currency from Prairie Meadows Casino in Altoona, Iowa, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that said transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of said proceeds, and knowing that the property involved in said financial transaction represented the proceeds of some form of unlawful activity.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
### (Possession with Intent to Distribute a Controlled Substance)

On or about July 31, 2019, in the Southern District of Iowa, the defendant, SAM HANSEN, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely tetrahydrocannabinol, a Schedule I controlled substance.

This is a violation of Title 21, United States, Code Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (Drug User in Possession of a Firearm)

On or about July 31, 2019, in the Southern District of Iowa, the defendant, COTY ALLEN ORR, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Smith & Wesson .40 caliber firearm, with serial number HUL9988. At the time of the offense, the defendant knew he was an unlawful user of and addicted to a controlled substance.

This is a violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Structuring Transactions to Evade Reporting Requirements)

From on or about December 10, 2018 through on or about July 25, 2019, in the Southern District of Iowa, the defendant, JOSHUA SCOTT HENDRICKSON, did, as part of a pattern of illegal activity involving more than $100,000 in a 12-month period, unlawfully, knowingly, and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in structuring, and attempt to structure transactions with a domestic financial institution, and cause and attempt to cause such institution to fail to file a Currency Transaction Report required by Section 5313 for currency transactions in excess of $10,000. From on or about December 10, 2018 through on or about July 25, 2019, in the Southern District of Iowa, the defendant, JOSHUA SCOTT HENDRICKSON, made or caused to be made the following cash deposits into his Veridian Credit Union account number ending in 1850-2:

| Date | Time | Deposit | Branch Location |
| --- | --- | --- | --- |
| 12/10/2018 | 5:50 PM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 12/12/2018 | 3:58 PM | $2,000 | Johnston |
| 12/13/2018 | 8:59 AM | $4,500 | Ingersoll, Des Moines |
| 12/14/2018 | 11:25 AM | $3,500 | Johnston |
| 12/31/2018 | 2:36 PM | $1,500 | Prairie Trail Hy-Vee, Ankeny |
| 1/2/2019 | 5:08 PM | $5,000 | Ingersoll, Des Moines |
| 1/3/2019 | 3:44 PM | $4,500 | Ingersoll, Des Moines |

| Date | Time | Deposit | Branch Location |
|---|---|---|---|
| 1/9/2019 | 11:43 AM | $10,000 | EP True, West Des Moines |
| 1/10/2019 | 1:02 PM | $10,000 | Ingersoll, Des Moines |
| 1/11/2019 | 1:25 PM | $10,000 | Ingersoll, Des Moines |
| 1/12/2019 | 11:13 AM | $1,800 | Ingersoll, Des Moines |
| 1/12/2019 | 3:01 PM | $9,920 | Ingersoll, Des Moines |
| 1/22/2019 | 5:42 PM | $4,600 | EP True, West Des Moines |
| 1/23/2019 | 5:21 PM | $4,600 | EP True, West Des Moines |
| 1/24/2019 | 2:37 PM | $5,000 | Ingersoll, Des Moines |
| 1/30/2019 | 2:16 PM | $10,000 | Ingersoll, Des Moines |
| 1/31/2019 | 9:57 AM | $10,000 | Ingersoll, Des Moines |
| 2/25/2019 | 6:44 PM | $9,000 | Park Avenue Hy-Vee, Des Moines |
| 3/18/2019 | 11:44 AM | $4,510 | Ingersoll, Des Moines |
| 3/18/2019 | 5:38 PM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 3/19/2019 | 1:37 PM | $3,000 | Ingersoll, Des Moines |
| 3/20/2019 | 11:22 AM | $4,400 | Ingersoll, Des Moines |
| 3/21/2019 | 6:15 PM | $9,800 | Ingersoll, Des Moines |
| 4/1/2019 | 2:39 PM | $10,000 | Prairie Trail Hy-Vee, Ankeny |
| 4/16/2019 | 4:08 PM | $400 | Ankeny Main |
| 4/17/2019 | 4:57 PM | $10,000 | Waukee |
| 4/20/2019 | 11:59 AM | $9,960 | Ankeny Main |
| 4/22/2019 | 4:26 PM | $10,000 | Waukee |
| 4/26/2019 | 4:36 PM | $10,000 | Ankeny Main |
| 4/27/2019 | 1:43 PM | $10,000 | EP True, West Des Moines |

| Date | Time | Deposit | Branch Location |
|---|---|---|---|
| 4/27/2019 | 12:48 PM | $9,960 | EP True, West Des Moines |
| 5/8/2019 | 9:08 AM | $9,000 | Waukee |
| 5/20/2019 | 3:21 PM | $10,000 | Waukee |
| 5/21/2019 | 3:24 PM | $9,130 | Ingersoll, Des Moines |
| 5/22/2019 | 11:07 AM | $10,000 | Ingersoll, Des Moines |
| 6/7/2019 | 2:38 PM | $10,000 | Ingersoll, Des Moines |
| 6/11/2019 | 12:52 PM | $10,000 | Ankeny Main |
| 6/12/2019 | 1:41 PM | $10,000 | Ankeny Main |
| 6/15/2019 | 10:17 AM | $3,000 | West Lakes, West Des Moines |
| 6/17/2019 | 2:48 PM | $2,000 | West Lakes, West Des Moines |
| 6/18/2019 | 3:45 PM | $4,700 | Ingersoll, Des Moines |
| 6/18/2019 | 4:30 PM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 6/20/2019 | 10:13 AM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 6/21/2019 | 1:49 PM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 6/25/2019 | 11:36 AM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 6/28/2019 | 11:08 AM | $4,950 | Ingersoll, Des Moines |
| 7/1/2019 | 3:42 PM | $10,000 | Ingersoll, Des Moines |
| 7/2/2019 | 4:40 PM | $10,000 | West Lakes, West Des Moines |
| 7/8/2019 | 2:31 PM | $10,000 | Ingersoll, Des Moines |
| 7/9/2019 | 3:45 PM | $10,000 | West Lakes, West Des Moines |
| 7/11/2019 | 5:16 PM | $5,000 | Prairie Trail Hy-Vee, Ankeny |
| 7/12/2019 | 1:32 PM | $5,000 | Ankeny Main |
| 7/16/2019 | 5:09 PM | $5,000 | Prairie Trail Hy-Vee, Ankeny |

| Date | Time | Deposit | Branch Location |
|---|---|---|---|
| 7/19/2019 | 3:46 PM | $5,000 | EP True, West Des Moines |
| 7/23/2019 | 5:18 PM | $5,000 | Park Avenue Hy-Vee, Des Moines |
| 7/24/2019 | 11:08 AM | $8,620 | EP True, West Des Moines |
| 7/25/2019 | 5:59 PM | $5,000 | Prairie Trail Hy-Vee, Ankeny |
| | | Total Deposits | $389,350 |

This is violation of Title 31, United States Code, Sections 5324(a)(1), 5324(a)(3), and 5324(d); Title 31, Code of Federal Regulations, Sections 1010.100(t), 1010.311, and 1010.313; and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 12
### (Possession with Intent to Distribute a Controlled Substance)

On or about February 28, 2020, in the Southern District of Iowa, the defendant, SAM HANSEN, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States, Code Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction of the offenses set forth in Count 1 of this Indictment as to the defendants, JOSHUA SCOTT HENDRICKSON, SAM HANSEN, and COURTNEY PHILLIP KNIGHT, and Count 2 of this Indictment, as to defendant, COURTNEY PHILLIP KNIGHT, in Counts 9 and 12 of this Indictment, as to defendant, SAM HANSEN, defendants shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: $10,000 in United States currency seized on or about April 18, 2019 from the United States mail assigned tracking number EE 314 015 825 US addressed to JOSHUA SCOTT HENDRICKSON; $9,000 in United States currency seized on or about April 18, 2019 from the United States mail assigned tracking number EE 423 457 143 US addressed to JOSHUA SCOTT HENDRICKSON; $11,407 in United States currency seized from the person of SAM HANSEN; $10,120 in United States currency seized from the person of COURTNEY PHILLIP KNIGHT; approximately $20,290.65 seized from a Veridian Credit Union account ending in 1850 in the name of JOSHUA SCOTT

HENDRICKSON; approximately $41,004.25 seized from a Mountain America Credit Union account ending in 6909, in the name of JOSHUA SCOTT HENDRICKSON; approximately $1,433 in United States currency seized from the residence of SAM HANSEN on February 28, 2020; and a red diamond-plated Rolex watch, a ring, and a gold bracelet seized from the residence of SAM HANSEN on February 28, 2020.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FURTHER FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offense alleged in Count 10 of this Indictment, the defendant, COTY ALLEN ORR, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 10 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

That upon conviction of the offenses alleged in Count 11 of this Indictment, the defendant, JOSHUA SCOTT HENDRICKSON, shall forfeit to the United States any property involved in the offense of conviction or traceable thereto. This includes, but is not limited to: approximately $20,290.65 seized from a Veridian Credit Union account ending in 1850 in the name of JOSHUA SCOTT HENDRICKSON.

This is pursuant to Title 31, United States Code, Section 5317(c).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Margaret A. Steindorf
Special Assistant United States Attorney